# EXHIBIT A



# LLC FILE DETAIL REPORT

| Entity Name | CAVALRY SPV I, LLC | File Number | 03444384 |
|---|---|---|---|
| Status | ACTIVE | On | 01/17/2013 |
| Entity Type | LLC | Type of LLC | Foreign |
| File Date | 02/14/2011 | Jurisdiction | DE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 02/14/2011 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | Principal Office | 500 SUMMIT LAKE DR #400 VALHALLA, NY 105951340 |
| Agent City | CHICAGO | Management Type | MBR   View |
| Agent Zip | 60604 | Duration | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2014 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

**Purchase Certificate of Good Standing**

(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT B

Print this Listing

1/25/2014     **Illinois Division of Professional Regulation**     12:01:56 PM

**SEARCH FOR LICENSEE BY PROFESSION:**
**Collection Agency, Licensed**
**THERE ARE 1 RECORDS WHOSE NAME CONTAINS: cavalry spv I LLC**

| Licensee's Name | DBA/AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| CAVALRY SPV I LLC | | 017021627 | ACTIVE | Valhalla, NY | 05/29/2012 | 05/31/2015 | N |

**Page 1**

# EXHIBIT C



# LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | CAVALRY PORTFOLIO SERVICES, LLC | **File Number** | 00751626 |
| **Status** | ACTIVE | **On** | 06/07/2013 |
| **Entity Type** | LLC | **Type of LLC** | Foreign |
| **File Date** | 07/29/2002 | **Jurisdiction** | DE |
| **Agent Name** | C T CORPORATION SYSTEM | **Agent Change Date** | 07/29/2002 |
| **Agent Street Address** | 208 SO LASALLE ST, SUITE 814 | **Principal Office** | 4050 E COTTON CTR BLDG 2 STE20<br>PHOENIX, AZ 85040 |
| **Agent City** | CHICAGO | **Management Type** | MGR   View |
| **Agent Zip** | 60604 | **Duration** | PERPETUAL |
| **Annual Report Filing Date** | 06/07/2013 | **For Year** | 2013 |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

**Purchase Certificate of Good Standing**

(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT D

Print this Listing

3/6/2014    Illinois Division of Professional Regulation    5:25:29 AM

**SEARCH FOR LICENSEE BY PROFESSION:**
**Collection Agency, Licensed**
**THERE ARE 1 RECORDS WHOSE NAME CONTAINS: Cavalry Portfolio Service**

| Licensee's Name | DBA/AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| CAVALRY PORTFOLIO SERVICES LLC | | 017020762 | ACTIVE | PHOENIX, AZ | 08/24/2004 | 05/31/2015 | N |

**Page 1**

# EXHIBIT E



Experian credit report prepared for
**JUNE A SUTHERLAND**

**CAVALRY PORTFOLIO SERVICE**

| **Address:** | **Account Number:** | **Original Creditor:** |
|---|---|---|
| 500 SUMMIT LAKE DR VALHALLA, NY 10595 (800) 501-0909 | | GE CAPITAL RETAIL BANK |

**Address Identification Number:**
0118059860

**Status:**  Collection account. $1,508 past due as of Sep 2014.   **Status Details:**  This account is scheduled to continue on record until Feb 2017.

| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
|---|---|---|
| 03/2012 | Collection | $961 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 04/2012 | 1 Months | NA |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 04/2012 | $0 | $1,508 as of 09/2014 |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 09/2014 | Individual | $0 |

**Payment History:**

| 2014 | | | | | | | | | 2013 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB |
| C | C | C | C | C | C | C | C | C | C | C | C | C | ND | C | C | ND | C | C | |

| | | | 2012 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |
| C | C | C | ND | C | C | C | C | ND | C |

**Account History:**
Collection as of Aug 2013 to Sep 2014, Jun 2013, May 2013, Mar 2013, Nov 2012 to Feb 2013, Jun 2012 to Sep 2012, Apr 2012

# EXHIBIT F

2014-10-10

Cavalry Portfolio Service
500 Summit Lake Drive
Valhalla, NY 10595

Re:    *JUNE SUTHERLAND*

*ACCOUNT #*      *(GE Capital Retail Bank)*
*Last 4 of Social:*

Dear Sir or Madam:

This letter is concerning the above referenced client.

Debtors Legal Clinic is a non-profit legal services organization that advises senior citizens, veterans, and low-income individuals whose income is protected by law of their rights under various state and federal statutes. Our clinic represents the above-referenced client for the purposes of enforcing their rights pursuant to all applicable debt collection laws.

This client regrets not being able to pay the above referenced account, however, at this time they are insolvent, as their monthly expenses exceed the amount of income they receive, and the amount reported is not accurate. If their circumstances should change, we will be in touch.

Our office represents this client with respect to any and all debts you seek to collect, now or in the future, until notified otherwise by our office. As legal representative for this client, all communication must be through our office, please do not contact them directly.

If you wish to discuss this matter, please contact our office directly at (312)765-7561 to speak with the attorney assigned to the matter, Andrew Finko.

Sincerely, /s/ Andrew Finko.

Client Name:

JUNE SUTHERLAND

Debtors Legal Clinic
79 W. Monroe Street, Suite 1213 • Chicago, IL 60603
Phone: (312) 765-7561 • Fax: (312) 476-1362

# EXHIBIT G

**Equifax Credit Report™ for June Sutherland**
As of: 01/03/2015

| | |
|---|---|
| Agency Address: | 500 Summit Lake Dr<br>Valhalla, NY 105951340<br>(602) 667-0128 |
| Date Reported: | 12/2014 |
| Date Assigned: | 03/2012 |
| Creditor Classification: | Retail |
| Creditor Name: | GE CAPITAL RETAIL BANK |
| Accounts Number: | |
| Account Owner: | Individual Account. |
| Original Amount Owned: | $961 |
| Date of 1 st Delinquency: | 05/2010 |
| Balance Date: | 12/2014 |
| Balance Owned: | $961 |
| Last Payment Date : | N/A |
| Status Date: | 12/2014 |
| Status: | D - Unpaid |
| Comments: | N/A |